IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ARISTA MUSIC

        Plaintiff,

v.

LOWELL LEVINGER, et. al.

        Defendant.

CASE NO. CV 10-3744(BZ)

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Jonathan M. Sperling , whose business address and telephone number is

Covington & Burling LLP
620 Eighth Avenue
New York, NY 10018

Tel: 212-841-1000

and who is an active member in good standing of the bar of the Southern District of N.Y. having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Arista Music

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 31 Aug 2010

_____
United States Magistrate Judge