United States District Court
For the Northern District of California

RECEIVED
2010 AUG 27 P 2: 25
CLERK, U.S. RICHARD...
DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ARISTA MUSIC                          **CASE NO.** CV 10-3744(BZ)

            Plaintiff,                **(Proposed)**
                                      **ORDER GRANTING APPLICATION**
v.                                    **FOR ADMISSION OF ATTORNEY**
                                      ***PRO HAC VICE***
LOWELL LEVINGER, et. al.

            Defendant.
                                    /

Jonathan M. Sperling                      , whose business address and telephone number is

Covington & Burling LLP            Tel: 212-841-1000
620 Eighth Avenue
New York, NY 10018

and who is an active member in good standing of the bar of  the Southern District of N.Y.

having applied in the above-entitled action for admission to practice in the Northern District of

California on a pro hac vice basis, representing  Arista Music

        IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*

Dated:  31 Aug 2010                        _____

                                           United States Magistrate Judge