UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ARISTA MUSIC

            Plaintiff(s),

   v.

LOWELL LEVINGER, et al.

           Defendant(s).
_____/

No. C 10-3744 BZ

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

    The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: September 15, 2010

Signature _____
Simon J. Frankel
Counsel for Plaintiff Arista Music
(Plaintiff, Defendant, or indicate "pro se")