1

2

3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

4

Arista Music,

5

        Plaintiff(s),

6

    v.

7

Lowell Levinger, et al.,

8

9

        Defendant(s).

_____/

10

No.  C10-3744 BZ

NOTICE OF IMPENDING
REASSIGNMENT TO A UNITED
STATES DISTRICT COURT JUDGE

11

12

        The Clerk of this Court will now randomly reassign this case to a United States District

Judge because either:

13

14

**[X]**  (1)    One or more of the parties has requested reassignment to a United States

District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

15

16

17

        (2)    One or more of the parties has sought a kind of judicial action (e.g., a temporary

restraining order) that a United States Magistrate Judge may not take without the consent of

all parties, the necessary consents have not been secured, and time is of the essence.

18

19

        The **CASE MANAGEMENT CONFERENCE** previously scheduled for **February 7, 2011**

**at 4:00 p.m.** on Magistrate Judge Zimmerman's calendar will **NOT** be held.

20

21

Dated: September 15, 2010

22

23

Richard W. Wieking, Clerk
United States District Court

24

25

_____

By: Ada Yiu, Deputy Clerk

26

27

cc: Intake

28

reassig1.DCT

1