Thomas A. Cohen (#154581)
Law Offices of Thomas A. Cohen
555 Montgomery St., Suite 820
San Francisco, CA 94111
(415) 777-1997
tomcohen@ionix.net

Attorneys for Defendants
Lowell Levinger, Jesse Colin Young, Jerry Corbitt,
Stuart Kutchins and the Youngbloods

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARISTA MUSIC,<br><br>        Plaintiff,<br><br>   vs.<br><br>LOWELL LEVINGER, PERRY MILLER P/K/A JESSE COLIN YOUNG, JERRY CORBITT, STUART KUTCHINS, HERB GART AND THE YOUNGBLOOD COMPANY,<br><br>        Defendants. | Case No.:  CV 10 3744 BZ<br><br>ECF CASE<br><br>NOTICE OF APPEARANCE OF COUNSEL |

   PLEASE TAKE NOTICE that Thomas A. Cohen hereby appears as counsel for Lowell Levinger, Jesse Colin Young (incorrectly sued as Perry Miller), Jerry Corbitt, Stuart Kutchins and the Youngbloods (incorrectly sued as the Youngblood Company).

Dated: September 16, 2010                    THOMAS A. COHEN
                                             LAW OFFICES OF THOMAS A. COHEN

                                             By: /s/ Thomas A. Cohen