Simon Frankel (SBN 171552)
E-Mail: sfrankel@cov.com
Leslie N. Harvey (SBN 241203)
E-Mail: lharvey@cov.com
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, CA 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

Jonathan M. Sperling (*pro hac vice*)
E-Mail: jsperling@cov.com
Ethan Jacobs (*pro hac vice*)
E-Mail: ejacobs@cov.com
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 841-1000
Facsimile: (212) 841-1010

Attorneys for Plaintiff ARISTA MUSIC

[Additional party listed on signature page]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| ARISTA MUSIC, <br><br> Plaintiff, <br><br> v. <br><br> LOWELL LEVINGER, PERRY MILLER (P/K/A JESSE COLIN YOUNG), JERRY CORBITT, STUART KUTCHINS, HERB GART, AND THE YOUNGBLOOD COMPANY, <br><br> Defendants | Civil Case No.: CV 10 3744 (BZ) <br><br> **ECF CASE** <br><br> **STIPULATION TO EXTEND TIME FOR DEFENDANT GART TO FILE ANSWER** |

      The parties hereby stipulate to extend until September 30, 2010, the deadline for Defendant Herb Gart to answer the Complaint of Plaintiff Arista Music.

1  Dated: September 14, 2010

5  By: *(signature)*  By: _____

6  Leslie N. Harvey  Herb Gart

7  COVINGTON & BURLING LLP  *Pro Se*
   Attorneys for Plaintiff Arista Music

GART TO FILE ANSWER
Civil Case No.: CV 10 3744 (BZ)

2

Dated: September 14, 2010

By:                                                          By:

Leslie N. Harvey                           Herb Gart

COVINGTON &
BURLING LLP                              *Pro Se*
Attorneys for Plaintiff
Arista Music

SEP-22-2010 11:23AM FROM- T-723 P.002/006 F-143