United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARISTA MUSIC,<br><br>    Plaintiff,<br><br>  v.<br><br>LOWELL LEVINGER, PERRY MILLER,<br>formerly known as Jesse Colin Young,<br>JERRY CORBITT, STUART KUTCHINS,<br>HERB GART, and THE YOUNGBLOOD<br>COMPANY,<br><br>    Defendants.<br>                                   / | No. C 10-03744 WHA<br><br>**ORDER GRANTING<br>DEFENDANT GART'S REQUEST<br>TO APPEAR BY TELEPHONE<br>AT INITIAL CASE<br>MANAGEMENT CONFERENCE** |

Defendant Herb Gart has requested leave to appear by telephone at the initial case management conference in this matter on January 20, 2011. His letter states that he lives in Georgia, that he is disabled and on welfare, and that it would be an enormous financial burden to appear in person. Defendant Gart is a *pro se* party.

Telephonic appearances are an unwieldy and impractical procedure. However, for this one instance defendant Gart's request is **GRANTED**.

In addition, it appears from the docket that Mr. Gart is receiving service of documents filed in this matter by e-mail. Yet Mr. Gart has not been granted permission to do so. The Clerk shall remove Mr. Gart from electronic service. If Mr. Gart wishes to request permission to receive electronic service and electronically file documents in this matter on the Court's electronic case filing system, he must agree to follow all court rules pertaining to electronic filing and confirm that he can meet the technical requirements for e-filing. To help him understand the

1   steps to take, he is advised to consult the following website:

2   https://ecf.cand.uscourts.gov/cand/newreg/reg-pro-se-reg.htm.

4   **IT IS SO ORDERED.**

6   Dated: January 10, 2011.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California