IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ARISTA MUSIC,

    Plaintiff,

v.

LOWELL LEVINGER, PERRY MILLER, formerly known as Jesse Colin Young, JERRY CORBITT, STUART KUTCHINS, HERB GART, and THE YOUNGBLOOD COMPANY,

    Defendants.

No. C 10-03744 WHA

**ORDER DENYING JOINT MOTION FOR RELIEF FROM REFERRAL TO THE ADR MULTI-OPTION PROGRAM**

    Good cause not shown, the parties' joint motion for relief from referral to the ADR multi-option program is **DENIED**. The parties may raise their ADR preferences for consideration at the initial case management conference.

    **IT IS SO ORDERED.**

Dated: January 18, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE