IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARISTA MUSIC,<br><br>    Plaintiff,<br><br>  v.<br><br>LOWELL LEVINGER, PERRY MILLER,<br>f/k/a Jesse Colin Young, JERRY CORBITT,<br>STUART KUTCHINS, HERB GART, and<br>THE YOUNGBLOOD COMPANY,<br><br>    Defendants.<br>                                     / | No. C 10-03744 WHA<br><br>**NOTICE TO DEFENDANT HERB GART REGARDING FEDERAL PRO BONO PROJECT** |

As this case proceeds, defendant Herb Gart — who is representing himself *pro se* — must appear or retain counsel to appear on his behalf. Defendant Gart, however, lives in Georgia and has stated that he is disabled and on welfare and it would be extremely difficult and an enormous financial burden to appear in court (Dkt. No. 37). This notice informs defendant that he may request, by letter or motion to the Court, the appointment of an attorney to represent him in this litigation. This request, however, *will not guarantee that a pro bono attorney will be appointed*. If such a request is made, it will be referred to the Federal Pro Bono Project for evaluation.

For additional information on the Federal Pro Bono Project, defendant should visit the Northern District of California website at http://www.cand.uscourts.gov/ and click on the "Representing Yourself" link, followed by the "San Francisco" link.

Dated: January 21, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE