IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARISTA MUSIC,<br><br>    Plaintiff,<br><br>  v.<br><br>LOWELL LEVINGER, PERRY MILLER, formerly known as Jesse Colin Young, JERRY CORBITT, STUART KUTCHINS, HERB GART, and THE YOUNGBLOOD COMPANY,<br><br>    Defendants.<br>                                 / | No. C 10-03744 WHA<br><br>**ORDER GRANTING DEFENDANT HERB GART'S MOTION FOR PERMISSION TO ELECTRONICALLY FILE** |

Defendant Herb Gart, appearing *pro se* in this matter, has filed a motion for permission to receive electronic service and file documents electronically on the court's electronic case filing system. He states that he will follow all rules pertaining to such activity and that he can meet the technical requirements for e-filing. His motion is therefore **GRANTED**.

**IT IS SO ORDERED.**

Dated: January 27, 2011.

                                                  WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE