IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARISTA MUSIC,<br><br>    Plaintiff,<br><br>  v.<br><br>LOWELL LEVINGER, PERRY MILLER, formerly known as Jesse Colin Young, JERRY CORBITT, STUART KUTCHINS, HERB GART, and THE YOUNGBLOOD COMPANY,<br><br>    Defendants. | No. C 10-03744 WHA<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE OPPOSITION WITH EXCESS PAGES** |

Attributed to many is the line: If I had more time, I would write a shorter letter. Plaintiff's counsel has plenty of time to craft an opposition brief to defendants' motion for summary judgment, so they can limit their opposition to the 25 pages authorized by Civil Local Rule 7-4(b). Their motion for excess pages is **DENIED**.

**IT IS SO ORDERED.**

Dated: February 11, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE