IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARISTA MUSIC,<br><br>    Plaintiff,<br><br>  v.<br><br>LOWELL LEVINGER, PERRY MILLER, formerly known as Jesse Colin Young, JERRY CORBITT, STUART KUTCHINS, HERB GART, and THE YOUNGBLOOD COMPANY,<br><br>    Defendants.<br>                                     / | No. C 10-03744 WHA<br><br>**ORDER DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

      Defendants move for summary judgment, filing their motion nine days after an order denied their motion to dismiss. Their new motion presents mostly the same arguments as did their motion to dismiss. Now briefing on the instant motion is complete, and it is readily apparent that this case is fraught with genuine disputes of material fact. The parties shall proceed with discovery. Defendants' motion for summary judgment is **DENIED**, and the hearing on the motion scheduled for March 17 is **VACATED**.

      **IT IS SO ORDERED.**

Dated: March 3, 2011.

                                                   WILLIAM ALSUP<br>
                                                   UNITED STATES DISTRICT JUDGE